**No. 10-6716. Charles Robert Baker, Petitioner v. D. Liadacker, et al.**

562 U.S. 1070, 131 S. Ct. 661, 178 L. Ed. 2d 494, 2010 U.S. LEXIS 9422.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6720. Matthew Kaguyutan, Petitioner v. Gerald L. Rozum, Superintendent, State Correctional Institution at Somerset, et al.**

562 U.S. 1070, 131 S. Ct. 661, 178 L. Ed. 2d 494, 2010 U.S. LEXIS 9204.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6727. Ali Addo, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1070, 131 S. Ct. 661, 178 L. Ed. 2d 494, 2010 U.S. LEXIS 9426.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 355 Fed. Appx. 672.

**No. 10-6730. Marvin Chapman, Petitioner v. Wal-Mart Corporation.**

562 U.S. 1070, 131 S. Ct. 661, 178 L. Ed. 2d 494, 2010 U.S. LEXIS 9196.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 366 Fed. Appx. 691.

**No. 10-6731. Douglas L. Crouch, Petitioner v. Alabama.**

562 U.S. 1070, 131 S. Ct. 661, 178 L. Ed. 2d 494, 2010 U.S. LEXIS 9442.

November 29, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 77 So. 3d 625.

**No. 10-6732. K. R. J., Petitioner v. Wayne County Juvenile Office.**

562 U.S. 1070, 131 S. Ct. 662, 178 L. Ed. 2d 494, 2010 U.S. LEXIS 9232.

November 29, 2010. Petition for writ of certiorari to the Court of Appeals of Missouri, Eastern District, denied.

**No. 10-6736. Terry Eugene Landry, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1070, 131 S. Ct. 662, 178 L. Ed. 2d 494, 2010 U.S. LEXIS 9064,

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6745. Robert E. Baker, Petitioner v. California.**

562 U.S. 1071, 131 S. Ct. 662, 178 L. Ed. 2d 494, 2010 U.S. LEXIS 9158.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.